# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

*UNITED STATES OF AMERICA*

*v.*

*ANTHONY MACCARONIO*

**CRIMINAL COMPLAINT**
(Electronically Submitted –Redacted)

CASE NUMBER:

17-04267MJ-001-PCT-DMF

I, <u>FBI Special Agent Trevor Culbert</u>, the undersigned complainant, state under oath that the following is true and correct to the best of my knowledge and belief:

### COUNT 1

Between on or about February 14, 2017 and June 2, 2017, in the District of Arizona, ANTHONY MACCARONIO knowingly and willfully did transmit in interstate and foreign commerce communications containing a threat to injure J.B., in violation of Title 18, United States Code, Section 875(c).

### COUNT 2

Beginning on or about February 14, 2017, and continuing until the present date, in the District of Arizona, ANTHONY MACCARONIO with the intent to kill, injure, harass, and intimidate Jared Butler, used facilities of interstate and foreign commerce to engage in a course of conduct that caused and could reasonably have been expected to cause substantial emotional distress to J.B. and placed him in reasonable fear of death and serious bodily injury, in violation of Title 18, United States Code, Sections 2261A(2) and 2261(b).

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts: **SEE ATTACHED AFFIDAVIT.**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

REVIEWED BY: *AUSA Alexander W. Samuels*

**Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct.**

Trevor Culbert, Special Agent, FBI
Complainant's Name and Title

*Trevor Culbert*    9/19/2017
Complainant's Signature    Date

X Sworn by Telephone

9/19/17 @ 2:11 P.M.
Date/Time

Flagstaff, Arizona
City and State

*[signature]*

DAVID K. DUNCAN
For Deborah M. Fine, U.S. Magistrate Judge
Name & Title of Judicial Office

Signature of Judicial Officer

- 2 -

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**ELECTRONICALLY-SUBMITTED REDACTED AFFIDAVIT**

I, <u>FBI Special Agent Trevor Culbert</u>, hereby state under oath as follows:

1. Your Affiant is a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been employed as an FBI Special Agent since 2004. Currently, your Affiant is assigned to the Phoenix Division in Flagstaff, Arizona and am responsible for investigating different types of criminal violations, including domestic and international terrorism, weapons of mass destruction, and violent crimes. In particular, violent crime activities include extortion, threats to injure the person of another, and wire and mail fraud. As an FBI Agent, your Affiant is authorized to investigate violations of federal law and execute warrants issued under the authority of the United States. In this regard, the following information was developed by your Affiant and other that Anthony Maccaronio (Maccaronio) transmitted, in interstate commerce communications, a threat to injure [REDACTED] (J.B.), in violation of Title 18, United States Code, Section 875(c), and the Maccaronio engaged in a course of conduct that caused and could reasonably have been expected to cause substantial emotional distress to J.B. and placed him in reasonable fear of death and serious bodily injury, in violation of Title 18, United States Code, Sections 2261A(2) and 2261(b).

2. On or about March 4, 2016, agents from the FBI New Haven Division located several threats posted by Maccaronio via Facebook against individuals with whom he had political disagreements. Specific threats posted via Facebook and directed toward the previous Secretary of State, Hillary Clinton, and a prior Attorney General, Loretta Lynch, on February 29, 2016 included the following: "IS ANYONE PLANNING ON EXECUTING HILLARY CLINTON BY HANGING TODAY" and "LORETTA LYNCH NEEDS TO BE EXECUTED". On February 22, 2016, Maccaronio posted via Facebook the following post, "LMFAO SO ZUCKERBERG CENSORS OUR POSTS ABOUT MUSLIMS AND NOW ISIS MAKES HIM A TARGET. I WONDER IF ISIS NEEDS

SOEM LOGISTICAL HELP HERE IN AMERICA-IM AVAILABLE" (Sic). On February 24, 2016, Maccaronio posted the following on Facebook, "NJ GUNOWNERS R MORE PATHETIC THAN THE REST OF NJ RESIDENTS. THEY HAVE MORE TO LOSE AND STILL REFUSE TO STAND UP. I WELCOME ISIS ATTACKS ACROSS THIS STATE – NJ RESIDNETS DESERVE IT." Several other angry posts were located via Facebook.

3. A query of the Brick Township Police Department records on July 12, 2016, revealed that the Brick Township Police Department responded to Maccaronio's residence several times between 1998 and 1999 regarding a series of threats and harassment. Records further revealed Maccaronio applied for and received a New Jersey Firearms ID card and purchased weapons. Maccaronio registered firearms on five separate dates, but the number of firearms owned by Maccaronio is currently unknown.

4. Maccaronio was interviewed by the United States Secret Service on March 3, 2016, regarding threatening statements he had posted on Facebook. Maccaronio responded he made the posts via Facebook because he was upset President Obama was releasing inmates from Guantanamo Bay. Maccaronio said he was impulsive and needed to let Americans know that if Americans died as a result of the prisoners being released, then the President should die as well. Maccaronio later claimed he did not want anyone to die and regretted making the posts. Maccaronio consented to a search of his residence and provided the location of his rifle located within the residence.

5. Secret Service agents also interviewed A.B., the long-time girlfriend and roommate of Maccaronio. A.B. stated he was not a violent person, but was simply passionate about his country and had conservative ideologies.

6. On August 8, 2016, Maccaronio was interviewed by agents from FBI Newark Division at his residence in Brick, New Jersey, regarding his posts on the subject of ISIS. More specifically, his post via Facebook stating, "LMFAO SO ZUCKERBERG CENSORS OUR POSTS ABOUT MUSLIMS AND NOW ISIS MAKES HIM A TARGET. I WONDER IF ISIS NEEDS SOEM LOGISTICAL HELP HERE IN

AMERICA-IM AVAILABLE" (Sic). Maccaronio stated the post was a joke and he never thought it was serious.

7. On or about October 16, 2016, the FBI Public Access Line received a complaint from Twitter user @jonsaidstuff alleging Twitter user Jrmax88Tony was a domestic terrorist. Research conducted by the FBI revealed the tweet @jonsaidstuff was referring to was posted by Tony Maccaronio on October 11, 2016, and reads, "#TRUMP OR AMERICA BURNS FROM COAST TO COAST. CNN, MSNBC WILL BURN, LIBERALS WILL DIES IN THE TENS OF MILLIONS. #HANGHILLARY NOV 9TH". Maccaronio's Twitter account could not be reviewed for further information because the account had been suspended by Twitter.

8. On October 21, 2016, FBI agents from the Newark Division interviewed E.S. at her residence in Brick, New Jersey. E.S. and her husband had purchased the residence from A.B. at the end of September 2016. A.B. and Maccaronio had since moved to Arizona. Prior to the house closing, Maccaronio requested he be allowed to keep a car in the garage. E.S. and her husband agreed to Maccaronio leaving the car in the garage until closing. At closing, which was done telephonically, E.S. and her husband requested Maccaronio remove his vehicle from the garage. Maccaronio threatened he would blow up the house if he could not keep the car in the garage. E.S. stated that they took Maccaronio's threats seriously.

9. On December 7, 2016, agents from the FBI Phoenix Division interviewed Maccaronio at his residence in Paulden, Arizona regarding his post made on October 11, 2016, described above. Maccaronio advised he had been banned from Twitter and the post was meant to be sarcastic. Furthermore, the term "liberals" was taken out of context and he has no intention of acting on his threats. At the conclusion of the interview, agents admonished Maccaronio regarding electronically made threats.

10. On March 15, 2017, J.B., co-owner of Wasteland Weekend (WW), electronically contacted the FBI regarding electronically transmitted threats made by Maccaronio to kill a mass of people during a planned social event as well as individual

- 3 -

threats. Wasteland Weekend is a music and arts festival with a post-apocalyptic theme that takes place over several days once a year in the Mohave Desert, located north of Los Angeles, California. The event has occurred since 2010 and this year is expected to have approximately 4,000 attendees. There is also a large online social media presence regarding Wasteland Weekend where people post comments all year long.

11. J.B. personally knows Maccaronio, who has attended Wasteland Weekend in the past and considers himself part of the Wasteland Weekend social media group. Because of social media, Wasteland Weekend social media members friend each other on Facebook and can see postings of other members. Maccaronio posts often on social media, including frequent posts containing his personal political views. Members of the online social media group found Maccaronio's comments to be violent and disturbing to the point that they do not feel comfortable having Maccaronio attend Wasteland Weekend, scheduled for September 27 to October 1, 2017. J.B. further stated Maccaronio's posts contained threats of violence and murder.

12. According to J.B., on March 6, 2017, Maccaronio was told he was banned from participating in Wasteland Weekend's social media and in-person events because of their concerns. As a result, Maccaronio telephonically contacted J.B. on this same day and stated if he shoots someone at Wasteland Weekend, it would not just be one person, but a hundred people, a thousand people. Shortly thereafter, Maccaronio sent a message to J.B. via Facebook stating, "If I stay banned I will make sure WW is ended". On or about April 21, 2017, Maccaroni sent another message via Facebook to J.B. stating, "This will be the last Wasteland Weekend. Guranteed" (sic).

13. On June 26, 2017, a search warrant was issued to Facebook, Inc. requesting records regarding Maccaronio's Facebook activity for the time period of January 31, 2017, to present. A review of the records received revealed the following posts:

*Author Anthony Maccaronio (100005955997931)*
*Sent 2017-02-14 22:15:23 UTC*
*Deleted Body*

*NOT GOING TO GET U INVOLVED UNLESS I HAVE TO. GOT INTO DEBATE ON [REDACTED] WALL WITH A LIBERAL CUNT WHO HAD NO IDEA HOW THE US GOVT WORKS. HE THREATENS ME SAYIGN I HAVE TO MEET HIM AFTER SCHOOL IN TH EPLAYGROUND. I SAID U COME WITHIN 30' OF ME AND UR DONE.SO AFTER I IGNORED HIM HE THREATENED ME AT WW. IVE ALREADY LET [J.] KNOW AND U KNOW THEY R GOING TO TRY AND BLAME ME AND SAY I DOTN HAVE A 1ST AMENDMENT. IF I GET BANNED I GUARANTEE U I WILL DRIVE MY MILITARY TRUCK THRU WASTELAND AND KILL AS MANY LIBERALS AS POSSIBLE-GUARANTEED*

*User Tony Maccaronio (802998507)*
*Text http://www.wastelandweekend.com/*
*Time 2017-03-08 12:42:32 UTC*
*Posted 2017-03-07 14:02:17 UTC*
*Status SO, AFTER ATTENDING AN EVENT FOR THE PAST 5 YRS AND 6 OF LAST 8 I AM BANNED BECAUSE OF MY POLITICAL VIEWS. I AM TOLD I THREATEN PEOPLE DUE TO MY POSTS ON FACEBOOK. NEVER HAVE I HAD THREATENED ANYONE WHILE THERE. EVEN AFTER I WAS ATTACKED BY SOMEONE I SIMPLY PACKED UP AND MOVED TO ANOTHER CAMPSITE. THIS IS WHAT IVE BEEN TELLING U CUNTS FOR YRS. LIBERALS WILL NOT STOP AT ANY POINT. THEY NEED THEIR SAFE SPACES AND WILL DESTROY EVERYTHING U LOVE. I MOVED FROM NJ TO AZ TO B CLOSER TO THIS EVENT AND NOW I AM BANNED FOR SPEAKING MY MIND ON MY OWN FACEBOOK PAGES. NOW THE PLANNING GOES INTO AFFECT. WHAT HAPPENS,HAPPENS.*

*Author Tony Maccaronio (802998507)*
*Sent 2017-03-09 20:53:08 UTC*
*Deleted*
*Body [REDACTED] AND [REDACTED] ARE BANNED THERE R OTHERS.IM ONLY ONE THAT WENT PUBLIC. THEY DID THINGS AT WW I DID NOTHING THTA HAD TO DO WITH WASTELAND. IF I STAY BANNED I WILL MAKE SURE WW IS ENDED*

*Author Tony Maccaronio (802998507)*
*Sent 2017-04-19 19:10:35 UTC*
*Deleted Body*
 *This will be the last wasteland weekend. Guranteed*

*Author Tony Maccaronio (802998507)*
*Sent 2017-05-04 23:19:15 UTC*
*Deleted Body*
 *28 TONS OF FUN*

**Author** *Tony Maccaronio (802998507)*
**Sent** *2017-06-02 19:42:29 UTC*
**Deleted Body**
*Looking over your shoulder yet?*

14. On July 15, 2017, J.B. provided the FBI Phoenix Division with the following additional threat he received via Facebook private message:

*WAS IN THE NEIGHBORHOOD TODAY PICKING UP A TRANS IN TEHACHAPI CA AND DECIDED TO PAY THE NEW WW SITE A VISIT. I BURIED A SURPRISE FOR U CUNTS AT UR LAST WW. HOPE YOU GET A BANG OUT OF IT. I HAVE SPIES THAT R STILL LOYAL TO ME AND IF DONT BELIEVE ME I'LL TEXT U A PICTURE OF THE GAS PRICES AT KRAMER JUNCTION TODAY. LIBERAL CUNTS WILL NEVER WIN.*

15. On August 2, 2017, J.B. was telephonically interviewed. J.B. stated he is concerned about the threat posed by Maccaronio and particularly concerned about his behavior after being banned. J.B. has learned through other Wasteland Weekend members and Facebook messages written by Maccaronio, that he has the knowledge about Wasteland Weekend, financial resources and personally owns the equipment necessary to carry out the threats he previously described, such as a large military truck and firearms. Photographs taken at Maccaronio's residence confirm the presence of a large military truck. Organizers of Wasteland Weekend have discussed changes to their event in an attempt to mitigate the threat posed by Maccaronio, to include reporting Maccaronio to the Federal Bureau of Investigation, redesigning the layout of Wasteland Weekend, hiring a private investigator to monitor Maccaronio's residence during the time of Wasteland Weekend, and posting observers along the road to Wasteland Weekend to notify security and event organizers of Maccaronio's presence.

### Conclusion

16. Based on the aforementioned information, your affiant believes that Anthony Maccaronio has committed a violation of federal law in that he: knowingly and willfully transmitted in interstate and foreign commerce, communications containing a threat to injure J.B., in violation of Title 18, United States Code, Section 875(c); and with the intent

to kill, injure, harass, and intimidate J.B., used facilities of interstate and foreign commerce to engage in a course of conduct that caused and could reasonably have been expected to cause substantial emotional distress to J.B. and placed him in reasonable fear of death and serious bodily injury, in violation of Title 18, United States Code, Sections 2261A(2) and 2261(b).

**Pursuant to 28 U.S.C. § 1746(2), I declare the foregoing is true and correct to best of my knowledge.**

Executed on: 9-19-2017        Trevor Culbert
                              Trevor Culbert, Special Agent, FBI

✓ Sworn by Telephone

Date/Time: 9/19/17 @ 2:11 P.M.

_____ DAVID K. DUNCAN
For DEBORAH M. FINE
United States Magistrate Judge