```
         FILED        LODGED
      __ RECEIVED  __ COPY

           SEP 27 2017

       CLERK U S DISTRICT COURT
         DISTRICT OF ARIZONA
      BY_____ DEPUTY
```

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Anthony Maccaronio,<br><br>　　　　　Defendant. | CR-17-08241-PCT-JJT(BSB)<br><br>**INDICTMENT**<br><br>VIO:　18 U.S.C. § 875(c)<br>　　　(Interstate Communications<br>　　　Containing Threat)<br>　　　Counts 1-5<br><br>　　　18 U.S.C. §§ 2261A(2) and 2261(b)<br>　　　(Cyberstalking)<br>　　　Count 6 |

THE GRAND JURY CHARGES:

**COUNT 1**
**(Interstate Communications Containing Threat)**
**18 U.S.C. § 875(c)**

On or about March 9, 2017, in the District of Arizona, ANTHONY MACCARONIO knowingly and willfully did transmit in interstate and foreign commerce communications from Arizona to California containing a threat to injure J.B. and others.

In violation of Title 18, United States Code, Section 875(c).

**COUNT 2**
**(Interstate Communications Containing Threat)**
**18 U.S.C. § 875(c)**

On or about April 19, 2017, in the District of Arizona, ANTHONY MACCARONIO knowingly and willfully did transmit in interstate and foreign commerce communications from Arizona to California containing a threat to injure J.B. and others.

In violation of Title 18, United States Code, Section 875(c).

**COUNT 3**
**(Interstate Communications Containing Threat)**
**18 U.S.C. § 875(c)**

On or about May 4, 2017, in the District of Arizona, ANTHONY MACCARONIO knowingly and willfully did transmit in interstate and foreign commerce communications from Arizona to California containing a threat to injure J.B. and others.

In violation of Title 18, United States Code, Section 875(c).

**COUNT 4**
**(Interstate Communications Containing Threat)**
**18 U.S.C. § 875(c)**

On or about June 2, 2017, in the District of Arizona, ANTHONY MACCARONIO knowingly and willfully did transmit in interstate and foreign commerce communications from Arizona to California containing a threat to injure J.B. and others.

In violation of Title 18, United States Code, Section 875(c).

**COUNT 5**
**(Interstate Communications Containing Threat)**
**18 U.S.C. § 875(c)**

On or about July 15, 2017, in the District of Arizona, ANTHONY MACCARONIO knowingly and willfully did transmit in interstate and foreign commerce communications from Arizona to California containing a threat to injure J.B. and others.

In violation of Title 18, United States Code, Section 875(c).

**COUNT 6**
**(Cyberstalking)**
**18 U.S.C. §§ 2261A(2) & 2261(b)**

Beginning on or about February 14, 2017, and continuing until September 25, 2017, in the District of Arizona, ANTHONY MACCARONIO with the intent to kill, injure, harass, and intimidate another person, used facilities of interstate and foreign commerce to engage in a course of conduct that caused and could reasonably have been expected to cause substantial emotional distress to J.B. and placed him in reasonable fear of death and serious bodily injury.

In violation of Title 18, United States Code, Sections 2261A(2) and 2261(b).

A TRUE BILL

S/
FOREPERSON OF THE GRAND JURY
Date: September 27, 2017

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona


S/
ALEXANDER W. SAMUELS
JAMES R. KNAPP
Assistant U.S. Attorneys